STATE of Iowa, Appellee,

v.

Joe Davis **FAISON**, Appellant.

No. 56481.

Supreme Court of Iowa.

Feb. 20, 1974.

William T. Evans, Davenport, for appellant.

Richard C. Turner, Atty. Gen., Raymond W. Sullins, Asst. Atty. Gen., and Edward N. Wehr, Co. Atty., for appellee.

Submitted to MOORE, C. J., and RAWLINGS, REYNOLDSON, HARRIS and McCORMICK, JJ.

PER CURIAM:

Defendant appeals from judgment on jury verdict finding him guilty of arson, § 707.3, The Code.

Affirmed, see rule 348.1, Rules of Civil Procedure.

STATE of Iowa, Appellee,

v.

Merlin Joseph **FRANK**, Appellant.

No. 55543.

Supreme Court of Iowa.

Feb. 20, 1974.

Isadore Nadler and Michael M. Pedersen, Waterloo, for appellant.

Richard C. Turner, Atty. Gen., Darby Maria Coriden, Asst. Atty. Gen., and David D. Dutton, Co. Atty., for appellee.

Submitted to MOORE, C. J., and MASON, LeGRAND, REES and UHLENHOPP, JJ.

LeGRAND, Justice.

Defendant concedes the issues raised by this appeal were recently decided in State v. Vietor, 208 N.W.2d 894 (Iowa 1973). If he is to succeed here, we must overrule that decision. He asks us to do so and to hold section 204.410, The Code, unconstitutional. Since we decline to reconsider that case, the judgment is affirmed. See Rule 348.1, Rules of Civil Procedure.

Affirmed.